**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**WALTILLA SARE' ROBINSON** **PLAINTIFF**
**ADC #719972**

**v.** **Case No. 2:25-cv-00223-KGB**

**DEXTER PAYNE, *et al.*** **DEFENDANTS**

**ORDER**

Before the Court are the Proposed Findings and Recommendations ("Partial Recommendation") submitted by Chief United States Magistrate Judge Jerome T. Kearney on February 12, 2026 (Dkt. No. 18). The parties have not filed objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court approves and adopts the Partial Recommendation in its entirety as this Court's findings in all respects (*Id.*). The Court denies as moot defendants' motion to dismiss (Dkt. No. 10).

Also before the Court are the Proposed Findings and Recommendations ("Recommendation") submitted to the Court by Judge Kearney on March 27, 2026 (Dkt. No. 24). The parties have not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court approves and adopts the Recommendation in its entirety as this Court's findings in all respects (*Id.*). The Court grants defendants' motion to dismiss (Dkt. No. 19). The Court dismisses without prejudice Robinson's complaint and amended complaint for failure to state a claim upon which relief can be granted (Dkt. Nos. 2; 17). The Court recommends that, in the future, this dismissal count as a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.

It is so ordered this 26th day of August, 2026.

Kristine G. Baker
Chief United States District Judge